# Order

Michigan Supreme Court
Lansing, Michigan

June 30, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155428-9(71)

KATIE BARKER, Personal Representative
of the Estate of PERRY PACE,
        Plaintiff-Appellee,

v

HURLEY MEDICAL CENTER, DR. JOHN DOE,
DENIKA LLOYD, NURSE 1 JANE DOE,
NURSE 2 JANE DOE, and NURSE 3 JANE DOE,
        Defendants,
and

DR. PATRICK HAWLEY,
        Defendant-Appellant.

SC: 155428
COA: 328584
Genesee CC: 13-100524-NH

_____

KATIE BARKER, Personal Representative
of the Estate of PERRY PACE,
        Plaintiff-Appellee,

v

THE BOARD OF REGENTS OF THE
UNIVERSITY OF MICHIGAN, d/b/a
UNIVERSITY OF MICHIGAN HEALTH
CENTER, d/b/a UNIVERSITY OF MICHIGAN
HOSPITAL,
        Defendant-Appellant.

SC: 155429
COA: 328997
Ct of Claims: 13-000072-MH

_____/

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer submitted on June 27, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2017



Clerk